THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC STEPHENS, Appellant. [926 NYS2d 338]

Memorandum: On appeal from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*), defendant contends that County Court erred in failing to determine that he was entitled to a downward departure to a level two risk. Defendant failed to preserve that contention for our review inasmuch as there is no indication in the record that he requested such a departure (*see People v Ratcliff*, 53 AD3d 1110 [2008], *lv denied* 11 NY3d 708

[2008]). In any event, we conclude that "defendant failed to present clear and convincing evidence of special circumstances justifying a downward departure" (*People v McDaniel*, 27 AD3d 1158, 1159 [2006], *lv denied* 7 NY3d 703 [2006]; *see People v Fredendall*, 83 AD3d 1545 [2011]). Present—Scudder, P.J., Smith, Carni, Green and Martoche, JJ.